**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81344-ROSENBERG**

NICHOLAS PAGAN,

     Plaintiff,

v.

CANNAMD FLORIDA, LLC,

     Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Notice of Dismissal at docket entry 11. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of January, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record